UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal No. 6:16-CR-34-GFVT-HAI |
| V. | ) ) | |
| JAMIE SWEETON, | ) ) | **ORDER** |
| Defendant. | ) ) | |

*** *** *** ***

This matter is before the Court on the Recommended Disposition filed by United States Magistrate Judge Hanly A. Ingram as to Defendant Jamie Sweeton. [R. 159.] The Report and Recommendation addresses the issue of whether Mr. Sweeton is competent to stand trial pursuant to 18 U.S.C. § 4241 and § 4247(d). Judge Ingram advises that, based on the competency evaluation performed by Dr. Judith Campbell at FMC Lexington, Defendant Sweeton is competent to stand trial, and he recommends that the Court find Sweeton competent for further proceedings in this matter. Judge Ingram's Recommendation advises the parties that any objections must be filed within five days. [R. 159 at 6.] The time to file objections has passed, and neither party has objected nor sought an extension of time to do so.

Generally, this Court must make a *de novo* determination of those portions of the Recommended Disposition to which objections are made. 28 U.S.C. § 636(b)(1)(c). When no objections are made, this Court is not required to "review . . . a magistrate's factual or legal conclusions, under a de novo or any other standard . . . ." *See Thomas v. Arn*, 474 U.S. 140, 151 (1985). Parties who fail to object to a magistrate's report and recommendation are also barred from appealing a district court's order adopting that report and recommendation. *United States*

*v. Walters*, 638 F.2d 947 (6th Cir. 1981). Nevertheless, this Court has examined the record, and agrees with the Magistrate Judge's Recommended Disposition.

Accordingly, the Court hereby **ORDERS** that Judge Ingram's Recommended Disposition [R. 159] is **ADOPTED** as and for the opinion of the Court. The Court **FINDS** that Defendant Jamie Sweeton is competent to face further proceedings in this matter, including trial.

This the 14th day of July, 2017.

Gregory F. Van Tatenhove
United States District Judge